```
                                          FILED
                                   CLERK, U.S. DISTRICT COURT

                                        JUL  7 2008

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMO BERREONDO,            ) | NO. CV 07-2445-VBF(E) |
|                  Petitioner, ) | |
|       v.                     ) | JUDGMENT |
| DERRAL G. ADAMS, Warden,     ) | |
|                  Respondent. ) | |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

  DATED:  July 3, 2008.

                                    _____
                                    VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE